# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **BRANCH BANKING AND TRUST COMPANY,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE** |
| | ) | **NO. 5:14-cv-00158-HL** |
| **WLD FARMS, INC., DUNAWAY BROTHERS, INC., ADMINISTRATOR OF U.S. SMALL BUSINESS ADMINISTRATION, INTERNAL REVENUE SERVICE, LAMADA, LLC, CENTRAL GEORGIA COOPERATIVE, INC., and DIXIE BONDED WAREHOUSE & GRAIN CO. INC.,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT AGAINST DEFENDANT
## DIXIE BONDED WAREHOUSE & GRAIN CO. INC.

Pursuant to Federal Rule of Civil Procedure 55(b), this Court enters judgment in favor of Plaintiff Branch Banking and Trust Company ("**Plaintiff**") against Defendant Dixie Bonded Warehouse & Grain Co. Inc. ("**DBW**"). As established by the record and docket in this matter, DBW failed to answer, plead, or otherwise respond to Plaintiff's *Complaint for Breach of Contract, Declaratory Judgment,*

*Specific Performance, Reformation of Deed, Unjust Enrichment, breach of Warranty of Title, and Other Relief* (the "**Complaint**").

Judgment is hereby entered in favor of Plaintiff and against DBW as follows:

1.      The Georgia Security Deed and Security Agreement executed by WLD Farms, Inc. in favor of Plaintiff dated March 14, 2002, and recorded on March 20, 2002, at Deed Book 196, Folio 815 ("**Plaintiff's Security Deed**"), in the real estate records of Pulaski County, Georgia (the "**Pulaski County Records**"), is superior and senior in priority to the security deed in favor of DBW recorded in Deed Book 118, Page 572, Pulaski County Records (the "**the DBW Security Deed**"), and the Pulaski County Records are hereby reformed to show that Plaintiff's Security Deed is superior and senior in priority to the DBW Security Deed;

2.      The Clerk of the Superior Court of Pulaski County, Georgia shall note on the face of the DBW Security Deed as follows:  "This instrument is subordinate to the Security Deed recorded in Deed Book 196, Page 815, Pulaski County, Georgia records pursuant to an Order of the Court in Civil Action No: 5:14-CV-00158-MTT, United States District Court for the Middle District of Georgia," and shall cross-reference the DBW Security Deed and Plaintiff's Security Deed;

3.      The Clerk of the Superior Court of Pulaski County, Georgia shall record this Judgment in the Pulaski County Records and cross-reference the record of this

Judgment with Plaintiff's Security Deed and the DBW Security Deed, and shall take

such other and further steps as may be appropriate to reform the Pulaski County

Records to effectuate this Judgment.

IT IS SO ORDERED this 23rd day of  September            , 2014.


   s/ Hugh Lawson
 Hugh Lawson
 Judge in the District Court for the
Middle District of Georgia Macon
Division